# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR 08 0342

UNITED STATES OF AMERICA,

V.

ERICK DAVID LOPEZ
a/k/a "Spooky"

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(5)(A) - Illegal Alien in Possession of Firearm;

8 U.S.C. § 1326(a) - Illegal Reentry

---

A true bill.

_____
Foreman

Filed in open court this _____ day of _____

BETTY FONG

Clerk
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

No Bail Woment Bail, $ _____

PER 18 U.S.C. 3170

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |

BY: ☐ INFORMATION ☑ INDICTMENT E-filing   CASE NO.

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: ERICK DAVID LOPEZ

Address:

08 342 SI

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT   San Francisco
DISTRICT OF CALIFORNIA   Divisional Office
NORTHERN

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☑ U.S. Atty ☐ Other U.S. Agency
Phone No. (415) 436-7200

Name of Asst. U.S. Attorney (if assigned): W.S. Wilson Leung

☐ Interpreter Required   Dialect: _____

Birth Date: 7/2/1987
☑ Male   ☐ Female
☑ Alien (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Ben Horton, Immigration and Customs Enforcement

Social Security Number   N/A

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: San Francisco   County: San Francisco

**DEFENDANT**

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☑ Currently in State Custody
  ☑ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☑ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 18USC | 922(g)(5)-Illegal Alien Possession Firearm | 10 yrs prison; $250,000 fine; 3 yrs sup rel; $100 S.A. | 1 |
| 8USC | 1326-Illegal Re-Entry | 2 yrs prison; $250,000 fine; 1 yr sup rel; $100 S.A. | |

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No.: |
| --- | --- | --- |
|  | ) |  |
| v. | ) |  |
|  | ) | VIOLATION: 18 U.S.C. § 922(g)(5)(A) – Illegal Alien in Possession of Firearm; 8 U.S.C. § 1326 -- Illegal Reentry |
| ERICK DAVID LOPEZ, a/k/a "Spooky," | ) |  |
|  | ) |  |
|  | ) | SAN FRANCISCO VENUE |
| Defendant. | ) |  |

### INDICTMENT

#### COUNT ONE:

(Illegal Alien in Possession of Firearm)

The Grand Jury charges:

1. On or about March 30, 2008, in the Northern District of California, the defendant,

**ERICK DAVID LOPEZ, a/k/a "Spooky,"**

then being an alien illegally and unlawfully in the United States, did unlawfully, willfully, and knowingly possess a firearm, to wit, a .45 caliber Colt handgun, serial number 75533B70, in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

INDICTMENT

**COUNT TWO:**

(Illegal Re-Entry)

The Grand Jury further charges:

2. On or about March 30, 2008, in the Northern District of California, the defendant, **ERICK DAVID LOPEZ, a/k/a "Spooky,"** an alien, having been previously excluded, deported, and removed from the United States to Guatemala, and having subsequently voluntarily returned to and remained in the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States.

All in violation of Title 8, United States Code, Section 1326.

DATED: 5-22-08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
JAMES CHOU
Chief, Organized Crime Strike Force

(Approved as to form: _____)
AUSA W.S. Wilson Leung

INDICTMENT -2-