1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102-3495
     Telephone: (415) 436-6758
7    FAX: (415) 436-7234

8  Attorneys for Plaintiff

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )    No. CR 08 00342 SI
14                                   )
                                     )
15      v.                           )
                                     )    [PROPOSED] ORDER AND
16 ERICK DAVID LOPEZ,                )    STIPULATION EXCLUDING TIME
     a/k/a "Spooky,"                 )    FROM SPEEDY TRIAL ACT
17                                   )    CALCULATION (18 U.S.C. §
        Defendant.                   )    3161(h)(8)(A) and (B))
18                                   )

19
        Defendant Erick David Lopez made an initial appearance before Magistrate Judge
20
   Nandor J. Vadas on June 25, 2008, at which the Court appointed counsel for the defendant,
21
   scheduled an initial appearance before Judge Illston at 11:00 am on July 11, 2008, and excluded
22
   time under the Speedy Trial Act. With the agreement of the parties, and with the consent of the
23
   defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial
24
   Act, 18 U.S.C. § 3161(h)(8)(A) and (B), from June 25, 2008 to July 11, 2008. The parties
25
   agreed, and the Court found and held, as follows:
26

27

28

[*United States* v. *Lopez*, CR 08 00342 SI]
[Stipulation and Order Excluding Time]

1.      1.     The defendant sought and agreed to the exclusion of time under the Speedy Trial Act so that defense counsel could receive discovery from the Government and would have time to review such discovery as well as to familiarize himself with this case.

2.     Given these circumstances, the Court found that the ends of justice served by excluding the period from June 25, 2008 to July 11, 2008 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B).

3.     Accordingly, with the consent of the defendant, the Court ordered that the period from June 25, 2008 to July 11, 2008 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B).

IT IS SO STIPULATED.

DATED: June 27, 2008

/s/ _____
W.S. WILSON LEUNG
Assistant United States Attorney

DATED: June 27, 2008

/s/ _____
PETER GOODMAN, ESQ.
Attorney for Defendant ERICK LOPEZ

IT IS SO ORDERED.

DATED: ~~June~~ July 8, 2008

_____
HON. ~~BERNARD ZIMMERMAN~~
United States Magistrate Judge
NANDOR VADAS

[United States v. Lopez, CR 08 0342 SI]
[Stipulation and Order Excluding Time]