**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 7/11/08

Case No.   CR-08-0342 SI            Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- ERICK DAVID LOPEZ (C)(SP.INT - BASKER)

Attorneys:   E. Leung              P. Goodman

Deputy Clerk:  Tracy Sutton   Court Reporter: S. McVickar

**PROCEEDINGS**

1)  Trial Setting - HELD
2)
3)
Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN    ( ) SUBMITTED
                                                 PART

Case continued to **7/25/08  @ 11:00 a.m.**   for Trial Setting/Change of Plea

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:    Discovery/Plea Negotiations
**Delay begins:    7/11/08      Delay ends: 7/25/08**
(      AUSA to draft order            )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )
The govt. will be providing supplemental discovery.