**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 7/25/08

Case No.   CR-08-0342 SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- ERICK DAVID LOPEZ(C)(SP.INT-BASKER)

Attorneys:   Leung          Goodman

Deputy Clerk: Tracy Sutton   Court Reporter: L. Zinn

**PROCEEDINGS**

1)  Trial Setting- HELD

2) 
3) 
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN        ( ) SUBMITTED
                                                                PART

Case continued to **8/15/08   @ 11:00 a.m.**   for CHANGE OF PLEA

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Plea Negotiations
**Delay begins:          Delay ends: 8/15/08**
(        AUSA to draft order          )

ORDERED AFTER HEARING:
The parties are in settlement negotiations.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )