1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6758
7      FAX: (415) 436-7234

8  Attorneys for the United States of America

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,           )     No. CR 08-00342 SI
14                                     )
                                       )
15     v.                              )
                                       )     [PROPOSED] ORDER AND
16 ERICK DAVID LOPEZ,                  )     STIPULATION EXCLUDING TIME
       a/k/a "Spooky,"                 )     FROM SPEEDY TRIAL ACT
17                                     )     CALCULATION (18 U.S.C. §
           Defendant.                  )     3161(h)(8)(A) and (B))
18                                     )

19

20

21     Defendant Erick David Lopez appeared for a status conference before the District Court

22 at 11:00 a.m. on July 25, 2008, and, at the request of the parties, the Court scheduled another

23 appearance for 11:00 a.m. on August 15, 2008, at which the defendant may plead guilty. The

24 Court also ordered that time under the Speedy Trial Act be excluded until August 15, 2008 to

25 allow the parties to finalize their plea discussions. With the agreement of the parties, and with

26 the consent of the defendant, the Court enters this order documenting the exclusion of time under

27 the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B), from July 25, 2008 to August 15, 2008.

28 The parties agreed, and the Court found and held, as follows:

[*United States* v. *Lopez*, CR 08-00342 SI]
[Stipulation and Order Excluding Time]

1. The defendant sought and agreed to the exclusion of time under the Speedy Trial Act so that defense counsel and the Government can have additional time to pursue plea discussions, and so that counsel can advise his client of the terms of any such disposition.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 25, 2008 to August 15, 2008 from Speedy Trial Act calculations outweigh the interests of the public and the defendant to a speedy trial by allowing for the continuation of plea discussions and for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B).

3. Accordingly, with the consent of the defendant, the Court ordered that the period from July 25, 2008 to August 15, 2008 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B).

IT IS SO STIPULATED.

DATED:    July 25, 2008

/s/
W.S. WILSON LEUNG
Assistant United States Attorney

DATED:    July 25, 2008

/s/
PETER GOODMAN, ESQ.
Attorney for Defendant ERICK LOPEZ

IT IS SO ORDERED.

DATED:    July ____, 2008

HON. SUSAN ILLSTON
United States District Judge

[*United States* v. *Lopez*, CR 08-00342 SI]
[Stipulation and Order Excluding Time]