CJA 20  APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL  (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| CAN | LOPEZ, ERICK DAVID | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS. DKT./DEF. NUMBER | 6. OTHER DKT NUMBER |
|---|---|---|---|
| | CR-08-00342-SI | | |

| 7. IN CASE/MATTER OF ( Case Name ) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE ( See Instructions ) |
|---|---|---|---|
| UNITED STATES v. LOPEZ | ☒ Felony   ☐ Other... <br> ☐ Misdemeanor <br> ☐ Appeal <br> ☐ Petty Offense | ☒ Adult Defendant   ☐ Other... <br> ☐ Juvenile Defendant <br> ☐ Appellant <br> ☐ Appelee | CC |

**11. OFFENSE(S) CHARGED ( Cite U. S. Code, Title & Section )** *If more than one offense, list (up to five) major offenses charged, according to severity of offense*

18:922(G)(5)(A); 8:1326

**12. ATTORNEY'S NAME** ( *First Name, M. I.., Last Name, including any suffix*), AND MAILING ADDRESS

PETER GOODMAN
400 MONTGOMERY ST., 2ND FLR.
SAN FRANCISCO, CA 94104

Telephone Number   415-781-8866

**14. NAME AND MAILING ADDRESS OF LAW FIRM** ( *Only provide per instructions,*

**FILED**

**JUL 3 0 2008**

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

**13. COURT ORDER**

☒ O Appointing Counsel   ☐ C Co-counsel
☐ F Subs For Federal Defender   ☐ R Sub for Retained Atty.
☐ P Subs for Panel Attorney   ☐ Y Standby Counsel
    Prior Attorney's Name: _____
    Appointment Date: _____

☐ Because the above -named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interest of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR

☐ Other ( See Instructions )

Mag. Judge Vadas
Signature Of Presiding Judicial Officer or By Order Of The Court
7/22/08                                    6/24/2008
Date Of Order                          Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES   ☐ NO

**CLAIM FOR SERVICES AND EXPENSES** / **FOR COURT USE ONLY**

| CATEGORIES (attached itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| **15. In Court** | | | | | |
| a. Arraignment And/or Plea | | | | | |
| b. Bail And Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other ( Specify On Additional Sheets) | | | | | |
| (RATE PER HOUR = ___ ) TOTALS: | | | | | |
| **16. Out Of Court** | | | | | |
| a. Interview and conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = ___ ) TOTALS: | | | | | |
| 17. Travel Expenses ( Lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses ( other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR TE PERIOD OF SERVICE <br> FROM: _____   TO: _____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

**22. CLAIM STATUS**   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ☐ NO  If yes, were you paid?   ☐ YES   ☐ NO
Other than from the court, have you, or to your knowlege has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements..

Signature Of Attorney _____                    Date _____

**APPROVED FOR PAYMENT - COURT USE ONLY**

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOT. AMT. APPR./CERT. |
|---|---|---|---|---|
| **28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER** | | | DATE | 28A. JUDGE/MAG CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| **34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE)** *Payment approved in excess of the statutory threshold amount.* | | | DATE | 34A. JUDGE CODE |