**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 8/1/08

Case No.   CR-08-0342 SI              Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- ERICK DAVID LOPEZ(C)(SP.INT-C. Glasser)

Attorneys:   A. Danner            Goodman

Deputy Clerk: Tracy Sutton  Court Reporter: McVickar

**PROCEEDINGS**

1) Status- HELD
2) 
3) 
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN    ( ) SUBMITTED
                                               PART

Case continued to **8/22/08 @ 11:00 a.m.** for Trial Setting

Case continued to **@ 11:00 a.m.** for Motions
(Motion due , Opposition  Reply )

Case continued to  @  for Pretrial Conference

Case continued to  **@ 8:30 a.m.** for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:  Effective Preparations
**Delay begins:         Delay ends: 8/22/08**
(       AUSA to draft order        )

ORDERED AFTER HEARING:
The parties did not enter into a plea agreement.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )