JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> ERICK DAVID LOPEZ, ) <br>   a/k/a "Spooky," ) <br> ) <br>   Defendant. ) <br> ) | No. CR 08-00342 SI <br><br> [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) and (B)) |

    Defendant Erick David Lopez appeared for a status conference before the District Court at 11:00 am on August 15, 2008, and, at the request of the parties, the Court scheduled another appearance for 11:00 am on August 22, 2008, at which the parties will propose a motion briefing schedule to the Court. The Court also ordered that time under the Speedy Trial Act be excluded until August 22, 2008 to allow for the effective preparation of counsel. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B), from August 15, 2008 to August 22, 2008. The parties agreed, and the Court found and held, as follows:

[*United States* v. *Lopez*, CR 08-00342 SI]
[Stipulation and Order Excluding Time]

1. The defendant sought and agreed to the exclusion of time under the Speedy Trial Act so that defense counsel and the Government can confer and propose a motion briefing schedule to the Court. Defense counsel also wanted to discuss certain discovery matters with the Government during the adjournment.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from August 15, 2008 to August 22, 2008 from Speedy Trial Act calculations outweigh the interests of the public and the defendant to a speedy trial by allowing for the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B).

3. Accordingly, with the consent of the defendant, the Court ordered that the period from August 15, 2008 to August 22, 2008 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B).

IT IS SO STIPULATED.

DATED: August 21, 2008

/s/
W.S. WILSON LEUNG
Assistant United States Attorney

DATED: August 21, 2008

/s/
PETER GOODMAN, ESQ.
Attorney for Defendant ERICK LOPEZ

IT IS SO ORDERED.

DATED: August ____, 2008

HON. SUSAN ILLSTON
United States District Judge

[*United States* v. *Lopez*, CR 08-00342 SI]
[Stipulation and Order Excluding Time]