**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 8/22/08

Case No.   CR-08-0342 SI          Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- ERICK DAVID LOPEZ(C)(SP.INT-Basker)

Attorneys:  W. Leung          Goodman

Deputy Clerk: Tracy Sutton  Court Reporter: C. Kuhl

**PROCEEDINGS**

1) Status- HELD
2) 
3) 
Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
                                         PART

Case continued to   for Trial Setting

Case continued to **10/31/08 @ 11:00 a.m.**   for Motion to Suppress
(Motion due 9/26/08 , Opposition 10/6/08 Reply 10/13/08)

Case continued to  @   for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparations
**Delay begins:         Delay ends: 10/31/08**
(       AUSA to draft order           )

ORDERED AFTER HEARING:

(SPEEDY TRIAL DEADLINE AS OF TODAY: )