1  PETER GOODMAN, ESQ.
   State Bar No. 65975
2  400 Montgomery Street, Second Floor
   San Francisco, California 94104
3  Telephone: (4l5) 781-8866
   Facsimile: (415) 781-2266
4
   Attorney for Defendant
5  ERICK DAVID LOPEZ

6

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,           )   CR08-0342 SI
                                       )
11         Plaintiff,                  )   STIPULATED ORDER MODIFYING
                                       )   BRIEFING SCHEDULE FOR MOTION
12    vs.                              )   TO SUPPRESS EVIDENCE
                                       )
13 ERICK DAVID LOPEZ,                  )
                                       )
14         Defendant.                  )
                                       )
15                                     )
                                       )
16 _____)

17     Plaintiff UNITED STATES OF AMERICA, by and through its counsel in this

18 matter, Assistant United States Attorney ("AUSA") W.S. Wilson Leung, and defendant

19 ERICK DAVID LOPEZ, by and through his counsel, Peter Goodman, hereby stipulate

20 and agree as follows:

21     1.     On August 15, 2008, this Court set a briefing schedule and hearing date

22 for defendant LOPEZ's intended Motion to Suppress Evidence. The briefing schedule

23 specifies that defendant LOPEZ file his motion on September 26, 2008, the government

24 file its opposition on October 6, 2008, and any reply brief be filed October 13, 2008. A

25 hearing on the motion is scheduled to occur on October 31, 2008, at 11:00 a.m.

26     2.     Counsel for defendant LOPEZ has requested and the government has

27 stipulated and agreed to a modification of the briefing schedule only which would provide

28 that defendant LOPEZ file his suppression motion on October 3, 2008, the government

-1-

file its opposition on October 17, 2008, and any reply brief be filed on October 24, 2008. The hearing date on the motion will remain October 31, 2008, at 11:00 a.m.

SO STIPULATED

DATED: September 23, 2008

                    /s/
PETER GOODMAN
Attorney for Defendant
ERICK DAVID LOPEZ

SO STIPULATED

DATED: September 23, 2008

                    /s/
W.S. WILSON LEUNG
Assistant United States Attorney

ORDER MODIFYING BRIEFING SCHEDULE

Based on the Stipulation of the parties, IT IS HEREBY ORDERED that the briefing schedule for defendant LOPEZ's intended Motion to Suppress Evidence set by this Court on August 15, 2008, be modified to provide that defendant LOPEZ file his suppression motion on October 3, 2008, the government file its opposition on October 17, 2008, and any reply brief be filed on October 24, 2008. The hearing date on the motion will remain October 31, 2008, at 11:00 a.m.

DATED:

_____
SUSAN ILLSTON
United States District Court Judge

Time between 9/26/08 and 10/3/08 is excluded.